IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY | : : : : : : : | CIVIL ACTION<br><br>No. 17-1463 |
| v. | | |
| INDEPENDENCE BLUE CROSS | | |

**ORDER**

AND NOW, this 26th day of November, 2019, upon consideration of Movant Atlantic Specialty Insurance Company's Motion to Intervene, Plaintiff Allied World Specialty Insurance Company (Allied) and Defendant Independence Blue Cross's (Independence) opposition thereto, and Atlantic's memorandum in support of its motion for leave to file a reply brief, which the Court construes as Atlantic's reply, it is ORDERED the Motion (Document 75) is DENIED.

It is further ORDERED Allied and Independence's Motions for Summary Judgment (Documents 54 & 58) and Allied's Motion to Strike (Document 61) are DISMISSED without prejudice.[1]

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] By letter dated November 4, 2019, Allied and Independence informed the Court that they wish to withdraw their pending motions for summary judgment without prejudice as to reassertion if they are unable to finalize their settlement. The Court therefore dismisses Allied and Independence's pending motions for summary judgment without prejudice. Although Allied and Independence's letter did not reference Allied's motion to strike, this motion will also be dismissed without prejudice because it accompanies Allied's response to Independence's motion for summary judgment.